Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. William D. Guthrie* for petitioner. *Mr. James R. Sloane* and *Mr. Herbert Noble* for respondent.

---

CASES DISPOSED OF WITHOUT CONSIDERATION BY THE COURT FROM OCTOBER 14, 1907, TO JANUARY 6, 1908.

No. 133. A. R. STUART, PLAINTIFF IN ERROR, *v.* THE UNITED STATES. In error to the Supreme Court of the Philippine Islands. October 14, 1907. Dismissed on motion of *Mr. L. T. Michener* for the plaintiff in error. *Mr. W. W. Dudley* and *Mr. L. T. Michener* for plaintiff in error. *The Attorney General* and *The Solicitor General* for defendant in error.

---

No. 52. JOHN C. ORRELL ET AL., PLAINTIFFS IN ERROR, *v.* BAY MANUFACTURING COMPANY. In error to the Supreme Court of the State of Mississippi. October 14, 1907. Dismissed with costs, on motion of counsel for plaintiffs in error. *Mr. E. M. Barber* for plaintiffs in error. *Mr. E. J. Bowers* for defendant in error.

---

No. 134. HELEN ROWLAND, PLAINTIFF IN ERROR, *v.* FRANK GODFREY, TRUSTEE. In error to the Supreme Court of the Territory of Hawaii. October 14, 1907. Dismissed, per stipulation. *Mr. E. B. McClanahan* for plaintiff in error. *Mr. A. G. M. Robertson* and *Mr. C. F. Clemons* for defendant in error.